# United States Court of Federal Claims

No. 03-1155 T
June 15, 2006

**Coca-Cola Company and Subsidiaries,**

***Plaintiffs*,**

**v.**

**United States of America,**

***Defendant*.**

**STATUS CONFERENCE ORDER**

On June 13, 2006 the court held a telephone status conference with the parties regarding the proceedings in this matter. Defendant indicated that it was reviewing information obtained from agency counsel in order to determine the feasibility of settlement. Defendant requested an additional thirty days with which to complete its review.

In consideration of the above, it is ORDERED that an unrecorded, court-initiated status conference shall be conducted by telephone on July 13, 2006, at 11:30 a.m. EST. At that time defendant is expected to advise the court if it plans to file a response to plaintiffs' motion for summary judgement, or enter into meaningful settlement negotiations with plaintiffs to resolve this dispute. Should settlement not be feasible, defendant is to provide the court with a date it will submit a response to plaintiffs' summary judgment motion.

s/Lawrence J. Block

**Lawrence J. Block**
**Judge**