# United States Court of Federal Claims

No. 03-1155 T
July 13, 2006

**Coca-Cola Company and Subsidiaries,**

***Plaintiffs*,**

**v.**

**United States of America,**

***Defendant*.**

**SCHEDULING ORDER**

On July 13, 2006 the court held a telephone status conference with the parties regarding the proceedings in this matter. During that conference, defendant indicated that it was prepared to file a cross-motion for summary judgment. Therefore, it is ORDERED that defendant shall file no later than September 15, 2006 its response to plaintiffs' motion filed on September 19, 2005 for summary judgment, and its cross-motion for summary judgment . Thereafter, plaintiffs shall file by October 16, 2006 their reply to their motion for summary judgment and their response to defendant's cross-motion for summary judgment, with defendant's reply thereto due by November 17, 2006.

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**