**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE COCA-COLA COMPANY & SUBSIDIARIES,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 03-1155 T** |
| **v.** | ) | **The Honorable Lawrence J. Block** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**CROSS-MOTION OF THE UNITED STATES FOR SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT**

Defendant, the United States, pursuant to Rule 56(b) of the Rules of the United States Court of Federal Claims, moves the Court to enter summary judgment in its favor, and to dismiss the Complaint with prejudice. As good cause therefor, defendant states that no genuine issue exists as to any material fact, and that defendant is entitled to judgment as a matter of law. In support of this motion, defendant relies upon plaintiff's proposed findings of uncontroverted fact, defendant's proposed findings of uncontroverted fact, filed herewith, and the accompanying brief. The United States requests oral argument on this motion.

WHEREFORE, defendant prays that its cross-motion for summary judgment be granted, that plaintiff's motion for summary judgment be denied, and that the Complaint be dismissed, with prejudice, with all allowable costs assessed against plaintiff.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

September 15, 2006

s/ David Gustafson
Of Counsel