**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE COCA-COLA COMPANY & SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 05-1155 T** |
| **v.** | ) | **The Honorable Lawrence J. Block** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, The Coca-Cola Company & Subsidiaries, in accordance with Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), respectfully moves the Court for an enlargement of 49 days, to and including December 4, 2006, within which to reply to defendant's cross-motion for summary judgment. This is the first enlargement requested for this purpose.

As good cause therefore, plaintiff states that defendant's motion raises an issue that is not briefed in plaintiff's motion for summary judgment, necessitating an assessment of whether said issue has any merit. In order to draft an appropriate response to defendant's motion, plaintiff's attorneys have forwarded the pleadings to plaintiff and have requested an analysis of defendant's response by plaintiff's attorneys' Senior Tax Interest Technical Director.

The time requested herein is necessary to permit the plaintiff's staff to provide us with its comments, and for plaintiff's attorneys to evaluate and frame an appropriate reply to defendant's cross-motion.

In addition, one of plaintiff's attorneys ability to work on the reply has been hampered by a two-week absence.

We are authorized to state that defendant has no objection to this motion.

WHEREFORE, plaintiff respectfully requests that the motion for enlargement of time be granted.

Respectfully submitted,

October 10, 2006

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Voice: (212) 530-5072
Fax: (212) 822-5072
Email: jpersinger@milbank.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 10th day of October, 2006, been made on defendant's counsel by electronically filing the same with the Court. Should the Court be unable to electronically transmit a copy of the foregoing to the defendant's counsel, plaintiff respectfully requests the Clerk of the Court to mail a copy of the foregoing document to the following address:

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Voice: (212) 530-5072
Fax: (212) 822-5072
Email: jpersinger@milbank.com

October 10, 2006