**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE COCA-COLA COMPANY & SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-1155 T** |
| **v.** | ) | **The Honorable Lawrence J. Block** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, The Coca-Cola Company & Subsidiaries, in accordance with Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), respectfully moves the Court for an enlargement of 45 days, to and including January 18, 2007, within which to reply to defendant's cross-motion for summary judgment. This is the second enlargement requested for this purpose, the first having been granted for 49 days.

As good cause therefore, plaintiff states that an unanticipated amount of time was needed to fully research, verify and prepare a response to the allegations set forth in Defendant's Proposed Findings of Uncontroverted Facts. Plaintiff's attorneys have consulted with its Senior Tax Interest Technical Director and have determined that additional time is necessary to prepare

a complete response to defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.

We are authorized to state that defendant has no objection to this motion.

WHEREFORE, plaintiff respectfully requests that the motion for enlargement of time be granted.

Respectfully submitted,

November 29, 2006

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Voice: (212) 530-5072
Fax: (212) 822-5072
Email: jpersinger@milbank.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 29th day of November, 2006, been made on defendant's counsel by electronically filing the same with the Court. Should the Court be unable to electronically transmit a copy of the foregoing to the defendant's counsel, plaintiff respectfully requests the Clerk of the Court to mail a copy of the foregoing document to the following address:

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Voice: (212) 530-5072
Fax: (212) 822-5072
Email: jpersinger@milbank.com

November 29, 2006