**No. 03-1155T**
**(The Honorable Lawrence J. Block)**

---

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**THE COCA-COLA COMPANY AND SUBSIDIARIES,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

# APPENDIX (1 of 2)

**TO**

---

**PLAINTIFF'S RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

---

# EXHIBIT A

28 USCS § 2401

§ 2401. Time for commencing action against United States

(a) Except as provided by the Contract Disputes Act of 1978, every civil action commenced against the United States shall be barred unless the complaint is filed within six years after the right of action first accrues. The action of any person under legal disability or beyond the seas at the time the claim accrues may be commenced within three years after the disability ceases.

(b) a[A] tort claim against the United States shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues or unless action is begun within six months after the date of mailing, by certified or registered mail, of notice of final denial of the claim by the agency to which it was presented.

**History:**

(June 25, 1948, ch 646, § 1, ◆ 62 Stat. 971; April 25, 1949, ch 92, § 1, ◆ 63 Stat. 62; Sept. 8, 1959, ◆ P.L. 86-238, § 1(3), ◆ 73 Stat. 472; July 18, 1966, ◆ P.L. 89-506, § 7, ◆ 80 Stat. 307; Nov. 1, 1978, ◆ P.L. 95-563, § 14(b), ◆ 92

28 USCS § 2501

§ 2501. Time for filing suit

Every claim of which the United States Court of Federal Claims has jurisdiction shall be barred unless the petition thereon is filed within six years after such claim first accrues.

Every claim under section 1497 of this title [28 USCS § 1497] shall be barred unless the petition thereon is filed within two years after the termination of the river and harbor improvements operations on which the claim is based.

A petition on the claim of a person under legal disability or beyond the seas at the time the claim accrues may be filed within three years after the disability ceases.

A suit for the fees of an officer of the United States shall not be filed until his account for such fees has been finally acted upon, unless the General Accounting Office [Government Accountability Office] fails to act within six months after receiving the account.

**History:**

(June 25, 1948, ch 646, § 1, ◆ 62 Stat. 976; Sept. 3, 1954, ch 1263, § 52, ◆ 68 Stat. 1246; April 2, 1982, ◆ P.L. 97-164, Title I, Part A, § 139(a), ◆ 96 Stat. 42; Oct. 29, 1992, ◆ P.L. 102-572, Title IX, § 902(a)(1), ◆ 106 Stat. 4516.)

# EXHIBIT B

**IRC, 97FED ¶33,380, Sec. 1341, COMPUTATION OF TAX WHERE TAXPAYER RESTORES SUBSTANTIAL AMOUNT HELD UNDER CLAIM OF RIGHT, Subsec. (b), SPECIAL RULES.--**

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**Sec. 1341 COMPUTATION OF TAX WHERE TAXPAYER RESTORES SUBSTANTIAL AMOUNT HELD UNDER CLAIM OF RIGHT Subsec. (b) Special Rules.--**

**1341(b)(1)** If the decrease in tax ascertained under subsection (a)(5)(B) exceeds the tax imposed by this chapter for the taxable year (computed without the deduction) such excess shall be considered to be a payment of tax on the last day prescribed by law for the payment of tax for the taxable year, and shall be refunded or credited in the same manner as if it were an overpayment for such taxable year.

**1341(b)(2)** Subsection (a) does not apply to any deduction allowable with respect to an item which was included in gross income by reason of the sale or other disposition of stock in trade of the taxpayer (or other property of a kind which would properly have been included in the inventory of the taxpayer if on hand at the close of the prior taxable year) or property held by the taxpayer primarily for sale to customers in the ordinary course of his trade or business. This paragraph shall not apply if the deduction arises out of refunds or repayments with respect to rates made by a regulated public utility (as defined in section 7701(a)(33) without regard to the limitation contained in the last two sentences thereof) if such refunds or repayments are required to be made by the Government, political subdivision, agency, or instrumentality referred to in such section, or by an order of a court, or are made in settlement of litigation or under threat or imminence of litigation.

**1341(b)(3)** If the tax imposed by this chapter for the taxable years is the amount determined under subsection (a)(5), then the deduction referred to in subsection (a)(2) shall not be taken into account for any purpose of this subtitle other than this section.

**1341(b)(4)** For purposes of determining whether paragraph (4) or paragraph (5) of subsection (a) applies--

**1341(b)(4)(A)** in any case where the deduction referred to in paragraph (4) of subsection (a) results in a net operating loss, such loss shall, for purposes of computing the tax for the taxable year under such paragraph (4), be carried back to the same extent and in the same manner as is provided under section 172; and

**1341(b)(4)(B)** in any case where the exclusion referred to in paragraph (5)(B) of subsection (a) results in a net operating loss or capital loss for the prior taxable year (or years), such loss shall, for purposes of computing the decrease in tax for the prior taxable year (or years) under such paragraph (5)(B), be carried back and carried over to the same extent and in the same manner as is provided under section 172 or section 1212, except that no carryover beyond the taxable year shall be taken into account.

**1341(b)(5)** For purposes of this chapter, the net operating loss described in paragraph (4)(A) of this subsection, or the net operating loss or capital loss described in paragraph (4)(B) of this subsection, as the case may be, shall (after the application of paragraph (4) or (5)(B) of subsection (a) for the taxable year) be taken into account under section 172 or 1212 for taxable years after the taxable year to the same extent and in the same manner as--

**1341(b)(5)(A)** a net operating loss sustained for the taxable year, if paragraph (4) of subsection (a) applied, or

**1341(b)(5)(B)** a net operating loss or capital loss sustained for the prior taxable year (or years), if

paragraph (5)(B) of subsection (a) applied.

---

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

# EXHIBIT C

**IRC, 97FED ¶38,540, Sec. 6212, NOTICE OF DEFICIENCY, Subsec. (a), IN GENERAL.--**

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**Sec. 6212 NOTICE OF DEFICIENCY Subsec. (a) In General.--**

If the Secretary determines that there is a deficiency in respect of any tax imposed by subtitle A or B or chapter 41, 42, 43, or 44, he is authorized to send notice of such deficiency to the taxpayer by certified mail or registered mail.

---

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

# EXHIBIT D

**IRC, 97FED ¶38,545, Sec. 6213, RESTRICTIONS APPLICABLE TO DEFICIENCIES; PETITION TO TAX COURT, Subsec. (a), TIME FOR FILING PETITION AND RESTRICTION ON ASSESSMENT.--**

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**Sec. 6213 RESTRICTIONS APPLICABLE TO DEFICIENCIES; PETITION TO TAX COURT Subsec. (a) Time for Filing Petition and Restriction on Assessment.--**

Within 90 days, or 150 days if the notice is addressed to a person outside the United States, after the notice of deficiency authorized in section 6212 is mailed (not counting Saturday, Sunday, or a legal holiday in the District of Columbia as the last day), the taxpayer may file a petition with the Tax Court for a redetermination of the deficiency. Except as otherwise provided in section 6851, 6852, or 6861 no assessment of a deficiency in respect of any tax imposed by subtitle A or B, chapter 41, 42, 43, or 44 and no levy or proceeding in court for its collection shall be made, begun, or prosecuted until such notice has been mailed to the taxpayer, nor until the expiration of such 90-day or 150-day period, as the case may be, nor, if a petition has been filed with the Tax Court, until the decision of the Tax Court has become final. Notwithstanding the provisions of section 7421(a), the making of such assessment or the beginning of such proceeding or levy during the time such prohibition is in force may be enjoined by a proceeding in the proper court, including the Tax Court. The Tax Court shall have no jurisdiction to enjoin any action or proceeding under this subsection unless a timely petition for a redetermination of the deficiency has been filed and then only in respect of the deficiency that is the subject of such petition.

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

# EXHIBIT E

**IRC, 97FED ¶39,460, Sec. 6402, AUTHORITY TO MAKE CREDITS OR REFUNDS, Subsec. (a), GENERAL RULE.--**

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**Sec. 6402 AUTHORITY TO MAKE CREDITS OR REFUNDS Subsec. (a) General Rule.--**
***➔ Caution: Code Sec. 6402(a), below, prior to amendment by P.L. 104-193, applies before July 1, 1997.←***

In the case of any overpayment, the Secretary, within the applicable period of limitations, may credit the amount of such overpayment, including any interest allowed thereon, against any liability in respect of an internal revenue tax on the part of the person who made the overpayment and shall, subject to subsections (c) and (d), refund any balance to such person.

---

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

# EXHIBIT F

**IRC, 97FED ¶39,670, Sec. 6411, TENTATIVE CARRYBACK AND REFUND ADJUSTMENTS, Subsec. (a), APPLICATION FOR ADJUSTMENT.--**

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**Sec. 6411 TENTATIVE CARRYBACK AND REFUND ADJUSTMENTS Subsec. (a) Application for Adjustment.--**

A taxpayer may file an application for a tentative carryback adjustment of the tax for the prior taxable year affected by a net operating loss carryback provided in section 172(b), by a business credit carryback provided in section 39, or by a capital loss carryback provided in section 1212(a)(1), from any taxable year. The application shall be verified in the manner prescribed by section 6065 in the case of a return of such taxpayer and shall be filed, on or after the date of filing for the return for the taxable year of the net operating loss, net capital loss, or unused business credit from which the carryback results and within a period of 12 months after such taxable year or, with respect to any portion of a business credit carryback attributable to a net operating loss carryback or a net capital loss carryback from a subsequent taxable year, within a period of 12 months from the end of such subsequent taxable year, in the manner and form required by regulations prescribed by the Secretary. The applications shall set forth in such detail and with such supporting data and explanation as such regulations shall require--

**6411(a)(1)** The amount of the net operating loss, net capital loss, or unused business credit;

**6411(a)(2)** The amount of the tax previously determined for the prior taxable year affected by such carryback, the tax previously determined being ascertained in accordance with the method prescribed in section 1314(a);

**6411(a)(3)** The amount of decrease in such tax, attributable to such carryback, such decrease being determined by applying the carryback in the manner provided by law to the items on the basis of which such tax was determined;

**6411(a)(4)** The unpaid amount of such tax, not including any amount required to be shown under paragraph (5);

**6411(a)(5)** The amount, with respect to the tax for the taxable year immediately preceding the taxable year from which the carryback is made, as to which an extension of time for payment under section 6164 is in effect; and

**6411(a)(6)** Such other information for purposes of carrying out the provisions of this section as may be required by such regulations.

Except for purposes of applying section 6611(f)(3)(B), an application under this subsection shall not constitute a claim for credit or refund.

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**IRC, 97FED ¶39,670, Sec. 6411, TENTATIVE CARRYBACK AND REFUND ADJUSTMENTS, Subsec. (b), ALLOWANCE OF ADJUSTMENTS.--**

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**Sec. 6411 TENTATIVE CARRYBACK AND REFUND ADJUSTMENTS Subsec. (b) Allowance of Adjustments.--**

Within a period of 90 days from the date on which an application for a tentative carryback adjustment is filed under subsection (a), or from the last day of the month in which falls the last date prescribed by law (including any extension of time granted the taxpayer) for filing the return for the taxable year of the net operating loss, net capital loss, or unused business credit from which such carryback results, whichever is the later, the Secretary shall make, to the extent he deems practicable in such period, a limited examination of the application, to discover omissions and errors of computation therein, and shall determine the amount of the decrease in the tax attributable to such carryback upon the basis of the application and the examination, except that the Secretary may disallow, without further action, any application which he finds contains errors of computation which he deems cannot be corrected by him within such 90-day period or material omissions. Such decrease shall be applied against any unpaid amount of the tax decreased (including any amount of such tax as to which an extension of time under section 6164 is in effect) and any remainder shall be credited against any unsatisfied amount of any tax for the taxable year immediately preceding the taxable year of the net operating loss, net capital loss, or unused business credit the time for payment of which is extended under section 6164. Any remainder shall, within such 90-day period, be either credited against any tax or installment thereof then due from the taxpayer, or refunded to the taxpayer.

---

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**IRC, 97FED ¶39,670, Sec. 6411, TENTATIVE CARRYBACK AND REFUND ADJUSTMENTS, Subsec. (c), CONSOLIDATED RETURNS.--**

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**Sec. 6411 TENTATIVE CARRYBACK AND REFUND ADJUSTMENTS Subsec. (c) Consolidated Returns.--**

If the corporation seeking a tentative carryback adjustment under this section, made or was required to make a consolidated return, either for the taxable year within which the net operating loss, net capital loss, or unused business credit arises, or for the preceding taxable year affected by such loss or credit, the provisions of this section shall apply only to such extent and subject to such conditions, limitations, and exceptions as the Secretary may by regulations prescribe.

---

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**IRC, 85-CODE-VOL, SEC. 6411. TENTATIVE CARRYBACK AND REFUND ADJUSTMENTS. Subsec. (a) APPLICATION FOR ADJUSTMENT.--**

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**SEC. 6411. TENTATIVE CARRYBACK AND REFUND ADJUSTMENTS.** Subsec. (a) APPLICATION
*[Caution: Code Sec. 6402(h), below, as added by P.L. 98-369, applies to Code Sec. 6402 refunds payable after 1985 and before 1988.]*
FOR ADJUSTMENT.--

A taxpayer may file an application for a tentative carryback adjustment of the tax for the prior taxable year affected by a net operating loss carryback provided in section 172(b), by a business credit carryback provided in section 39, by a research credit carryback provided in section 30(g)(2) or by a capital loss carryback provided in section 1212(a)(1), from any taxable year. The application shall be verified in the manner prescribed by section 6065 in the case of a return of such taxpayer and shall be filed, on or after the date of filing for the return for the taxable year of the net operating loss, net capital loss, or unused business credit from which the carryback results and within a period of 12 months after such taxable year or, with respect to any portion of a research credit carryback or a business credit carryback attributable to a net operating loss carryback or a net capital loss carryback from a subsequent taxable year, within a period of 12 months from the end of such subsequent taxable year (or, with respect to any portion of a business credit carryback attributable to a research credit carryback from a subsequent taxable year within a period of 12 months from the end of such subsequent taxable year), in the manner and form required by regulations prescribed by the Secretary. The applications shall set forth in such detail and with such supporting data and explanation as such regulations shall require--

**6411(a)(1)** The amount of the net operating loss, net capital loss, unused research credit, or unused business credit;

**6411(a)(2)** The amount of the tax previously determined for the prior taxable year affected by such carryback, the tax previously determined being ascertained in accordance with the method prescribed in section 1314(a);

**6411(a)(3)** The amount of decrease in such tax, attributable to such carryback, such decrease being determined by applying the carryback in the manner provided by law to the items on the basis of which such tax was determined;

**6411(a)(4)** The unpaid amount of such tax, not including any amount required to be shown under paragraph (5);

**6411(a)(5)** The amount, with respect to the tax for the taxable year immediately preceding the taxable year from which the carryback is made, as to which an extension of time for payment under section 6164 is in effect; and

**6411(a)(6)** Such other information for purposes of carrying out the provisions of this section as may be required by such regulations.

Except for purposes of applying section 6611(f)(3)(B), an application under this subsection shall not constitute a claim for credit or refund.

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

# EXHIBIT G

**IRC, 2007-CODE-VOL, SEC. 6511. LIMITATIONS ON CREDIT OR REFUND.**

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

## SEC. 6511. LIMITATIONS ON CREDIT OR REFUND.

**6511(a)** PERIOD OF LIMITATION ON FILING CLAIM. --

Claim for credit or refund of an overpayment of any tax imposed by this title in respect of which tax the taxpayer is required to file a return shall be filed by the taxpayer within 3 years from the time the return was filed or 2 years from the time the tax was paid, whichever of such periods expires the later, or if no return was filed by the taxpayer, within 2 years from the time the tax was paid. Claim for credit or refund of an overpayment of any tax imposed by this title which is required to be paid by means of a stamp shall be filed by the taxpayer within 3 years from the time the tax was paid.

**6511(b)** LIMITATION ON ALLOWANCE OF CREDITS AND REFUNDS. --

**6511(b)(1)** FILING OF CLAIM WITHIN PRESCRIBED PERIOD. --No credit or refund shall be allowed or made after the expiration of the period of limitation prescribed in subsection (a) for the filing of a claim for credit or refund, unless a claim for credit or refund is filed by the taxpayer within such period.

**6511(b)(2)** LIMIT ON AMOUNT OF CREDIT OR REFUND. --

**6511(b)(2)(A)** LIMIT WHERE CLAIM FILED WITHIN 3-YEAR PERIOD. --If the claim was filed by the taxpayer during the 3-year period prescribed in subsection (a), the amount of the credit or refund shall not exceed the portion of the tax paid within the period, immediately preceding the filing of the claim, equal to 3 years plus the period of any extension of time for filing the return. If the tax was required to be paid by means of a stamp, the amount of the credit or refund shall not exceed the portion of the tax paid within the 3 years immediately preceding the filing of the claim.

**6511(b)(2)(B)** LIMIT WHERE CLAIM NOT FILED WITHIN 3-YEAR PERIOD. --If the claim was not filed within such 3-year period, the amount of the credit or refund shall not exceed the portion of the tax paid during the 2 years immediately preceding the filing of the claim.

**6511(b)(2)(C)** LIMIT IF NO CLAIM FILED. --If no claim was filed, the credit or refund shall not exceed the amount which would be allowable under subparagraph (A) or (B), as the case may be, if claim was filed on the date the credit or refund is allowed.

**6511(c)** SPECIAL RULES APPLICABLE IN CASE OF EXTENSION OF TIME BY AGREEMENT. --

If an agreement under the provisions of section 6501(c)(4) extending the period for assessment of a tax imposed by this title is made within the period prescribed in subsection (a) for the filing of a claim for credit or refund --

**6511(c)(1)** TIME FOR FILING CLAIM. --The period for filing claim for credit or refund or for making credit or refund if no claim is filed, provided in subsections (a) and (b)(1), shall not expire prior to 6 months after the expiration of the period within which an assessment may be made pursuant to the agreement or any extension thereof under section 6501(c)(4).

**6511(c)(2)** LIMIT ON AMOUNT. --If a claim is filed, or a credit or refund is allowed when no claim was filed, after the execution of the agreement and within 6 months after the expiration of the period within which an assessment may be made pursuant to the agreement or any extension thereof, the amount of the credit or refund shall not exceed the portion of the tax paid after the execution of the agreement and before the filing of the claim or the making of the credit or refund, as the case may be, plus the portion of the tax paid within the period which would be applicable under subsection (b)(2) if a claim had been filed on the date the agreement was executed.

**6511(c)(3)** CLAIMS NOT SUBJECT TO SPECIAL RULE. --This subsection shall not apply in the case of a claim filed, or credit or refund allowed if no claim is filed, either --

**6511(c)(3)(A)** prior to the execution of the agreement or

**6511(c)(3)(B)** more than 6 months after the expiration of the period within which an assessment may be made pursuant to the agreement or any extension thereof.

**6511(d)** SPECIAL RULES APPLICABLE TO INCOME TAXES. --

**6511(d)(1)** SEVEN-YEAR PERIOD OF LIMITATION WITH RESPECT TO BAD DEBTS AND WORTHLESS SECURITIES. --

If the claim for credit or refund relates to an overpayment of tax imposed by subtitle A on account of --

**6511(d)(1)(A)** The deductibility by the taxpayer, under section 166 or section 832(c), of a debt as a debt which became worthless, or, under section 165(g), of a loss from worthlessness of a security, or

**6511(d)(1)(B)** The effect that the deductibility of a debt or loss described in subparagraph (A) has on the application to the taxpayer of a carryover,

in lieu of the 3-year period of limitation prescribed in subsection (a), the period shall be 7 years from the date prescribed by law for filing the return for the year with respect to which the claim is made. If the claim for credit or refund relates to an overpayment on account of the effect that the deductibility of such a debt or loss has on the application to the taxpayer of a carryback, the period shall be either 7 years from the date prescribed by law for filing the return for the year of the net operating loss which results in such carryback or the period prescribed in paragaph (2) of this subsection, whichever expires the later. In the case of a claim described in this paragraph the amount of the credit or refund may exceed the portion of the tax paid within the period prescribed in subsection (b)(2) or (c), whichever is applicable, to the extent of the amount of the overpayment attributable to the deductibility of items described in this paragraph.

**6511(d)(2)** SPECIAL PERIOD OF LIMITATION WITH RESPECT TO NET OPERATING LOSS OR CAPITAL LOSS CARRYBACKS. --

**6511(d)(2)(A)** PERIOD OF LIMITATION. --If the claim for credit or refund relates to an overpayment attributable to a net operating loss carryback or a capital loss carryback, in lieu of the 3-year period of limitation prescribed in subsection (a), the period shall be that period which ends 3 years after the time prescribed by law for filing the return (including extensions thereof) for the taxable year of the net operating loss or net capital loss which results in such carryback, or the period prescribed in subsection (c) in respect of such taxable year, whichever expires later.

In the case of such a claim, the amount of the credit or refund may exceed the portion of the tax paid within the period provided in subsection (b)(2) or (c), whichever is applicable, to the extent of the amount

of the overpayment attributable to such carryback.

**6511(d)(2)(B)** APPLICABLE RULES. --

**6511(d)(2)(B)(i)** IN GENERAL. --If the allowance of a credit or refund of an overpayment of tax attributable to a net operating loss carryback or a capital loss carryback is otherwise prevented by the operation of any law or rule of law other than section 7122 (relating to compromises), such credit or refund may be allowed or made, if claim therefor is filed within the period provided in subparagraph (A) of this paragraph.

**6511(d)(2)(B)(ii)** TENTATIVE CARRYBACK ADJUSTMENTS. --If the allowance of an application, credit, or refund of a decrease in tax determined under section 6411(b) is otherwise prevented by the operation of any law or rule of law other than section 7122, such application, credit, or refund may be allowed or made if application for a tentative carryback adjustment is made within the period provided in section 6411(a).

**6511(d)(2)(B)(iii)** DETERMINATIONS BY COURTS TO BE CONCLUSIVE. --In the case of any such claim for credit or refund or any such application for a tentative carryback adjustment, the determination by any court, including the Tax Court, in any proceeding in which the decision of the court has become final, shall be conclusive except with respect to --

**6511(d)(2)(B)(iii)(I)** the net operating loss deduction and the effect of such deduction, and

**6511(d)(2)(B)(iii)(II)** the determination of a short-term capital loss and the effect of such short-term capital loss, to the extent that such deduction or short-term capital loss is affected by a carryback which was not an issue in such proceeding.

**6511(d)(3)** SPECIAL RULES RELATING TO FOREIGN TAX CREDIT. --

**6511(d)(3)(A)** SPECIAL PERIOD OF LIMITATION WITH RESPECT TO FOREIGN TAXES PAID OR ACCRUED. --If the claim for credit or refund relates to an overpayment attributable to any taxes paid or accrued to any foreign country or to any possession of the United States for which credit is allowed against the tax imposed by subtitle A in accordance with the provisions of section 901 or the provisions of any treaty to which the United States is a party, in lieu of the 3-year period of limitation prescribed in subsection (a), the period shall be 10 years from the date prescribed by law for filing the return for the year in which such taxes were actually paid or accrued.

**6511(d)(3)(B)** EXCEPTION IN THE CASE OF FOREIGN TAXES PAID OR ACCRUED. --In the case of a claim described in subparagraph (A), the amount of the credit or refund may exceed the portion of the tax paid within the period provided in subsection (b) or (c), whichever is applicable, to the extent of the amount of the overpayment attributable to the allowance of a credit for the taxes described in subparagraph (A).

**6511(d)(4)** SPECIAL PERIOD OF LIMITATION WITH RESPECT TO CERTAIN CREDIT CARRYBACKS. --

**6511(d)(4)(A)** PERIOD OF LIMITATION. --If the claim for credit or refund relates to an overpayment attributable to a credit carryback, in lieu of the 3-year period of limitation prescribed in subsection (a), the period shall be that period which ends 3 years after the time prescribed by law for filing the return (including extensions thereof) for the taxable year of the unused credit which results in such carryback (or, with respect to any portion of a credit carryback from a taxable year attributable to a net operating loss carryback, capital loss carryback, or other credit carryback from a subsequent taxable year, the period shall be that period which ends 3 years after the time prescribed by law for filing the return, including extensions thereof, for such subsequent taxable year) or the period prescribed in subsection (c)

in respect of such taxable year, whichever expires later. In the case of such a claim, the amount of the credit or refund may exceed the portion of the tax paid within the period provided in subsection (b)(2) or (c), whichever is applicable, to the extent of the amount of the overpayment attributable to such carryback.

**6511(d)(4)(B)** APPLICABLE RULES. --If the allowance of a credit or refund of an overpayment of tax attributable to a credit carryback is otherwise prevented by the operation of any law or rule of law other than section 7122, relating to compromises, such credit or refund may be allowed or made, if claim therefor is filed within the period provided in subparagraph (A) of this paragraph. In the case of any such claim for credit or refund, the determination by any court, including the Tax Court, in any proceeding in which the decision of the court has become final, shall not be conclusive with respect to any credit, and the effect of such credit, to the extent that such credit is affected by a credit carryback which was not in issue in such proceeding.

**6511(d)(4)(C)** CREDIT CARRYBACK DEFINED. --For purposes of this paragraph, the term "credit carryback" means any business carryback under section 39.

**6511(d)(5)** SPECIAL PERIOD OF LIMITATION WITH RESPECT TO SELF-EMPLOYMENT TAX IN CERTAIN CASES. --

If the claim for credit or refund relates to an overpayment of the tax imposed by chapter 2 (relating to the tax on self-employment income) attributable to an agreement, or modification of an agreement, made pursuant to section 218 of the Social Security Act (relating to coverage of State and local employees), and if the allowance of a credit or refund of such overpayment is otherwise prevented by the operation of any law or rule of law other than section 7122 (relating to compromises), such credit or refund may be allowed or made if claim therefor is filed on or before the last day of the second year after the calendar year in which such agreement (or modification) is agreed to by the State and the Commissioner of Social Security.

**6511(d)(6)** SPECIAL PERIOD OF LIMITATION WITH RESPECT TO AMOUNTS INCLUDED IN INCOME SUBSEQUENTLY RECAPTURED UNDER QUALIFIED PLAN TERMINATION. --

If the claim for credit or refund relates to an overpayment of tax imposed by subtitle A on account of the recapture, under section 4045 of the Employee Retirement Income Security Act of 1974, of amounts included in income for a prior taxable year, the 3-year period of limitation prescribed in subsection (a) shall be extended, for purposes of permitting a credit or refund of the amount of the recapture, until the date which occurs one year after the date on which such recaptured amount is paid by the taxpayer.

**6511(d)(7)** SPECIAL PERIOD OF LIMITATION WITH RESPECT TO SELF-EMPLOYMENT TAX IN CERTAIN CASES. --

If --

**6511(d)(7)(A)** the claim for credit or refund relates to an overpayment of the tax imposed by chapter 2 (relating to the tax on self-employment income) attributable to Tax Court determination in a proceeding under section 7436, and

**6511(d)(7)(B)** the allowance of a credit or refund of such overpayment is otherwise prevented by the operation of any law or rule of law other than section 7122 (relating to compromises),

such credit or refund may be allowed or made if claim therefor is filed on or before the last day of the second year after the calendar year in which such determination becomes final.

**6511(f)** SPECIAL RULE FOR CHAPTER 42 AND SIMILAR TAXES. --

For purposes of any tax imposed by section 4912, chapter 42, or section 4975, the return referred to in subsection (a) shall be the return specified in section 6501(l)(1).

**6511(g)** SPECIAL RULE FOR CLAIMS WITH RESPECT TO PARTNERSHIP ITEMS. --

In the case of any tax imposed by subtitle A with respect to any person which is attributable to any partnership item (as defined in section 6231(a)(3)), the provisions of section 6227 and subsections (c) and (d) of section 6230 shall apply in lieu of the provisions of this subchapter.

**6511(h)** RUNNING OF PERIODS OF LIMITATION SUSPENDED WHILE TAXPAYER IS UNABLE TO MANAGE FINANCIAL AFFAIRS DUE TO DISABILITY. --

**6511(h)(1)** IN GENERAL. --

In the case of an individual, the running of the periods specified in subsections (a), (b), and (c) shall be suspended during any period of such individual's life that such individual is financially disabled.

**6511(h)(2)** FINANCIALLY DISABLED. --

**6511(h)(2)(A)** IN GENERAL. --For purposes of paragraph (1), an individual is financially disabled if such individual is unable to manage his financial affairs by reason of a medically determinable physical or mental impairment of the individual which can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than 12 months. An individual shall not be considered to have such an impairment unless proof of the existence thereof is furnished in such form and manner as the Secretary may require.

**6511(h)(2)(B)** EXCEPTION WHERE INDIVIDUAL HAS GUARDIAN, ETC. --An individual shall not be treated as financially disabled during any period that such individual's spouse or any other person is authorized to act on behalf of such individual in financial matters.

**6511(i)** CROSS REFERENCES. --

**6511(i)(1)** For time return deemed filed and tax considered paid, see section 6513.

Code Sec. 6511(i)(2), below, was amended by P.L. 107-16. For sunset provision, see P.L. 107-16, §901, in the amendment notes.

**6511(i)(2)** For limitations with respect to certain credits against estate tax, see sections 2014(b) and 2015.

**6511(i)(3)** For limitations in case of floor stocks refunds, see section 6412.

**6511(i)(4)** For a period of limitations for credit or refund in the case of joint income returns after separate returns have been filed, see section 6013(b)(3).

**6511(i)(5)** For limitations in case of payments under section 6420 (relating to gasoline used on farms), see section 6420(b).

**6511(i)(6)** For limitations in case of payments under section 6421 (relating to gasoline used for certain nonhighway purposes or by local transit systems), see section 6421(d).

**6511(i)(7)** For a period of limitations for refund of an overpayment of penalties imposed under section 6694 or 6695, see section 6696(d)(2).

---

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

# EXHIBIT H

**IRC, 97FED ¶40,040, Sec. 6512, LIMITATIONS IN CASE OF PETITION TO TAX COURT, Subsec. (b), OVERPAYMENT DETERMINED BY TAX COURT.--**

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**Sec. 6512 LIMITATIONS IN CASE OF PETITION TO TAX COURT Subsec. (b) Overpayment Determined by Tax Court.--**

**6512(b)(1)** JURISDICTION TO DETERMINE.--Except as provided by paragraph (3) and by section 7463, if the Tax Court finds that there is no deficiency and further finds that the taxpayer has made an overpayment of income tax for the same taxable year, of gift tax for the same calendar year or calendar quarter, of estate tax in respect of the taxable estate of the same decedent, or of tax imposed by chapter 41, 42, 43, or 44 with respect to any act (or failure to act) to which such petition relates for the same taxable period, in respect of which the Secretary determined the deficiency, or finds that there is a deficiency but that the taxpayer has made an overpayment of such tax, the Tax Court shall have jurisdiction to determine the amount of such overpayment, and such amount shall, when the decision of the Tax Court has become final, be credited or refunded to the taxpayer.

**6512(b)(2)** JURISDICTION TO ENFORCE.--If, after 120 days after a decision of the Tax Court has become final, the Secretary has failed to refund the overpayment determined by the Tax Court, together with the interest thereon as provided in subchapter B of chapter 67, then the Tax Court, upon motion by the taxpayer, shall have jurisdiction to order the refund of such overpayment and interest.

**6512(b)(3)** LIMIT ON AMOUNT OF CREDIT OR REFUND.--No such credit or refund shall be allowed or made of any portion of the tax unless the Tax Court determines as part of its decision that such portion was paid--

**6512(b)(3)(A)** after the mailing of the notice of deficiency,

**6512(b)(3)(B)** within the period which would be applicable under section 6511(b)(2), (c), or (d), if on the date of the mailing of the notice of deficiency a claim had been filed (whether or not filed) stating the grounds upon which the Tax Court finds that there is an overpayment, or

**6512(b)(3)(C)** within the period which would be applicable under section 6511(b)(2), (c), or (d) in respect of any claim for refund filed within the applicable period specified in section 6511 and before the date of the mailing of the notice of deficiency--

**6512(b)(3)(C)(i)** which had not been disallowed before that date,

**6512(b)(3)(C)(ii)** which had been disallowed before that date and in respect of which a timely suit for refund could have been commenced as of that date, or

**6512(b)(3)(C)(iii)** in respect of which a suit for refund had been commenced before that date and within the period specified in section 6532.

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

# EXHIBIT I

**IRC, 2007-CODE-VOL, SEC. 6611. INTEREST ON OVERPAYMENTS.**

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company

**SEC. 6611. INTEREST ON OVERPAYMENTS.**

**6611(a)** RATE. --Interest shall be allowed and paid upon any overpayment in respect of any internal revenue tax at the overpayment rate established under section 6621.

**6611(b)** PERIOD. --Such interest shall be allowed and paid as follows:

**6611(b)(1)** CREDITS. --In the case of a credit, from the date of the overpayment to the due date of the amount against which the credit is taken.

**6611(b)(2)** REFUNDS. --In the case of a refund, from the date of the overpayment to a date (to be determined by the Secretary) preceding the date of the refund check by not more than 30 days, whether or not such refund check is accepted by the taxpayer after tender of such check to the taxpayer. The acceptance of such check shall be without prejudice to any right of the taxpayer to claim any additional overpayment and interest thereon.

**6611(b)(3)** LATE RETURNS. --Notwithstanding paragraph (1) or (2) in the case of a return of tax which is filed after the last date prescribed for filing such return (determined with regard to extentions), no interest shall be allowed or paid for any day before the date on which the return is filed.

**6611(d)** ADVANCE PAYMENT OF TAX, PAYMENT OF ESTIMATED TAX, AND CREDIT FOR INCOME TAX WITHHOLDING. --The provisions of section 6513 (except the provisions of subsection (c) thereof), applicable in determining the date of payment of tax for purposes of determining the period of limitation on credit or refund, shall be applicable in determining the date of payment for purposes of subsection (a).

**6611(e)** DISALLOWANCE OF INTEREST ON CERTAIN OVERPAYMENTS. --

**6611(e)(1)** REFUNDS WITHIN 45 DAYS AFTER RETURN IS FILED. --If any overpayment of tax imposed by this title is refunded within 45 days after the last day prescribed for filing the return of such tax (determined without regard to any extention of time for filing the return) or, in the case of a return filed after such last date, is refunded within 45 days after the date the return is filed, no interest shall be allowed under subsection (a) on such overpayment.

**6611(e)(2)** REFUNDS AFTER CLAIM FOR CREDIT OR REFUND. --If --

**6611(e)(2)(A)** the taxpayer files a claim for a credit or refund for any overpayment of tax imposed by this title, and

**6611(e)(2)(B)** such overpayment is refunded within 45 days after such claim is filed,

no interest shall be allowed on such overpayment from the date the claim is filed until the day the refund is made.

**6611(e)(3)** IRS INITIATED ADJUSTMENTS. --If an adjustment initiated by the Secretary, results in a refund or credit of an overpayment, interest on such overpayment shall be computed by subtracting 45 days from the number of days interest would otherwise be allowed with respect to such overpayment.

**6611(f)** REFUND OF INCOME TAX CAUSED BY CARRYBACK OR ADJUSTMENT FOR CERTAIN UNUSED DEDUCTIONS. --

**6611(f)(1)** NET OPERATING LOSS OR CAPITAL LOSS CARRYBACK. --For purposes of subsection (a), if any overpayment of tax imposed by subtitle A results from a carryback of a net operating loss or net capital loss, such overpayment shall be deemed not to have been made prior to the filing date for the taxable year in which such net operating loss or net capital loss arises.

**6611(f)(2)** FOREIGN TAX CREDIT CARRYBACKS. --For purposes of subsection (a), if any overpayment of tax imposed by subtitle A results from a carryback of tax paid or accrued to foreign countries or possessions of the United States, such overpayment shall be deemed not to have been made before the filing date for the taxable year in which such taxes were in fact paid or accrued, or, with respect to any portion of such credit carryback from a taxable year attributable to a net operating loss carryback or a capital loss carryback from a subsequent taxable year, such overpayment shall be deemed not to have been made before the filing date for such subsequent taxable year.

**6611(f)(3)** CERTAIN CREDIT CARRYBACKS. --

**6611(f)(3)(A)** IN GENERAL. --For purposes of subsection (a), if any overpayment of tax imposed by subtitle A results from a credit carryback, such overpayment shall be deemed not to have been made before the filing date for the taxable year in which such credit carryback arises, or, with respect to any portion of a credit carryback from a taxable year attributable to a net operating loss carryback, capital loss carryback, or other credit carryback from a subsequent taxable year, such overpayment shall be deemed not to have been made before the filing date for such subsequent taxable year.

**6611(f)(3)(B)** CREDIT CARRYBACK DEFINED. --For purposes of this paragraph, the term "credit carryback" has the meaning given such term by section 6511(d)(4)(C).

**6611(f)(4)** SPECIAL RULES FOR PARAGRAPHS (1), (2), AND (3). --

**6611(f)(4)(A)** FILING DATE. --For purposes of this subsection, the term "filing date" means the last date prescribed for filing the return of tax imposed by subtitle A for the taxable year (determined without regard to extensions).

**6611(f)(4)(B)** COORDINATION WITH SUBSECTION (e). --

**6611(f)(4)(B)(i)** IN GENERAL. --For purposes of subsection (e) --

**6611(f)(4)(B)(i)(I)** any overpayment described in paragraph (1), (2), or (3) shall be treated as an overpayment for the loss year, and

**6611(f)(4)(B)(i)(II)** such subsection shall be applied with respect to such overpayment by treating the return for the loss year as not filed before claim for such overpayment is filed.

**6611(f)(4)(B)(ii)** LOSS YEAR. --For purposes of this subparagraph, the term "loss year" means --

**6611(f)(4)(B)(ii)(I)** in the case of a carryback of a net operating loss or net capital loss, the taxable year in which such loss arises,

**6611(f)(4)(B)(ii)(II)** in the case of a carryback of taxes paid or accrued to foreign countries or possessions of the United States, the taxable year in which such taxes were in fact paid or accrued (or, with respect to any portion of such carryback from a taxable year attributable to a net operating loss carryback or a capital loss carryback from a subsequent taxable year, such subsequent taxable year), and

**6611(f)(4)(B)(ii)(III)** in the case of a credit carryback (as defined in paragraph (3)(B)), the taxable year in which such credit carryback arises (or, with respect to any portion of a credit carryback from a taxable year attributable to a net operating loss carryback, a capital loss carryback, or other credit carryback from a subsequent taxable year, such subsequent taxable year).

**6611(f)(4)(C)** APPLICATION OF SUBPARAGRAPH (B) WHERE SECTION6411(a) CLAIM FILED. -- For purposes of subparagraph (B)(i)(II), if a taxpayer --

**6611(f)(4)(C)(i)** files a claim for refund of any overpayment described in paragraph (1), (2), or (3) with respect to the taxable year to which a loss or credit is carried back, and

**6611(f)(4)(C)(ii)** subsequently files an application under section 6411(a) with respect to such overpayment,

then the claim for overpayment shall be treated as having been filed on the date the application under section 6411(a) was filed.

**6611(g)** NO INTEREST UNTIL RETURN IN PROCESSIBLE FORM. --

**6611(g)(1)** For purposes of subsections (b)(3) and (e), a return shall not be treated as filed until it is filed in processible form.

**6611(g)(2)** For purposes of paragraph (1), a return is in a processible form if --

**6611(g)(2)(A)** such return is filed on a permitted form, and

**6611(g)(2)(B)** such return contains --

**6611(g)(2)(B)(i)** the taxpayer's name, address, and identifying number and the required signature, and

**6611(g)(2)(B)(ii)** sufficient required information (whether on the return or on required attachments) to permit the mathematical verification of tax liability shown on the return.

**6611(h)** PROHIBITION OF ADMINISTRATIVE REVIEW. --

For prohibition of administrative review, see section 6406.

---

© 2007, CCH INCORPORATED. All Rights Reserved. A WoltersKluwer Company