**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE COCA-COLA COMPANY & SUBSIDIARIES,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 03-1155 T** |
| **v.** | ) | **The Honorable Lawrence J. Block** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully moves the Court for an enlargement of time of 60 days, from February 20, 2007, to and including April 21, 2007, within which to file its Reply in Support of it Cross-Motion for Summary Judgment. This is the first enlargement requested for this purpose.

As good cause therefore, defendant states that, pursuant to the Order of January 19, 2007, defendant's Reply is due February 20. Plaintiff's Reply in Support of its Motion for Summary Judgment, and Response to our Cross-Motion, was filed January 18, 2007. The Government's Cross-Motion for Summary Judgment was filed September 15, 2006.

Since the filing of plaintiff's Reply and Opposition, defendant's trial attorney has been occupied with *Deseret Management Corporation v. United States*, Fed. Cl. No. 06-86 T, which case was reassigned to him shortly after the New Year. Since that reassignment, he has been required to work full time on that case, as a consequence of pending discovery disputes and extremely short pretrial scheduling deadlines. The necessity of such virtually full-time work on

that case will continue for at least several more weeks. At the same time, we observe that plaintiff's filing raises questions with respect to certain of defendant's proposed findings of uncontroverted fact. In support of our findings, the Government relied upon an affidavit prepared by Connie McDonald, a lead tax examiner with the Internal Revenue Service , working in the Ogden Internal Revenue Service Center. We are advised that Ms. McDonald has been on medical leave, a situation which may continue for several weeks. This also has interfered with defendant's ability properly to review and respond to plaintiff's brief.

The time requested herein is necessary to review plaintiff's brief and response to our proposed findings of fact, and to prepare appropriate responses.

We are authorized to state that plaintiff has no objection to this motion.

Respectfully submitted,

/s W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

February 20, 2007

/s David Gustafson
Of Counsel