**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE COCA-COLA COMPANY & SUBSIDIARIES,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 03-1155 T** |
| **v.** | ) | **The Honorable Lawrence J. Block** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully moves the Court for an enlargement of time of 45 days, from April 23, 2007, to and including June 7, 2007, within which to file its Reply in Support of it Cross-Motion for Summary Judgment. This is the second enlargement requested for this purpose, the first having been allowed for a period of 60 days.

As good cause therefor, defendant states that, pursuant to the Order of February 20, 2007, defendant's Reply is due April 23. Plaintiff's Reply in Support of its Motion for Summary Judgment, and Response to our Cross-Motion, was filed January 18, 2007. The Government's Cross-Motion for Summary Judgment was filed September 15, 2006.

Since the filing of plaintiff's Reply and Opposition, defendant's trial attorney has been occupied with *Deseret Management Corporation v. United States*, Fed. Cl. No. 06-86 T, which case was reassigned to him shortly after the New Year. During January, February and most of March, he was required to work full time on that case, as a consequence of pending discovery disputes and extremely short pretrial scheduling deadlines. Over the last several weeks, it has

continued to be necessary for him to devote a very substantial amount of his time to that case. In addition, as we noted in our motion filed February 20, plaintiff's filing raises questions with respect to certain of defendant's proposed findings of uncontroverted fact. In support of our own findings, the Government relied upon an affidavit prepared by Connie McDonald, a lead tax examiner with the Internal Revenue Service, working in the Ogden Internal Revenue Service Center. Ms. McDonald was on medical leave for several weeks, from which she has recently returned. This made it impossible for defendant's attorney to consult with her in the process of preparing our response.

The time requested herein is necessary to review plaintiff's brief and response to our proposed findings of fact, and to prepare appropriate responses.

We are authorized to state that plaintiff has no objection to this motion.

Respectfully submitted,

/s W. C. Rapp
W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

April 20, 2007

/s David Gustafson
Of Counsel